IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ESTATE OF MARION DERKSEN,** : | |
|     Plaintiff : | Civil Action No. 11-4549 |
| v. : | |
| : | |
| **UNITED STATES OF AMERICA,** : | |
|     Defendant : | |
| : | |

## ORDER

**AND NOW,** this 8th day of November 2012, upon review of the Government's Motion to Dismiss or for Summary Judgment [Doc. No. 26], and all responses, replies, and sur-replies thereto, and for the reasons set forth in the Memorandum Opinion entered this date, it is hereby **ORDERED** that the Government's Motion for Summary Judgment is **GRANTED**.

Summary judgment is **ENTERED** in favor of Defendant and against Plaintiff.

The Clerk of Court is **DIRECTED** to close this case.

It is so **ORDERED.**

                                              BY THE COURT:

                                              /s/ Cynthia M. Rufe

                                              **HON. CYNTHIA M. RUFE**